IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OTIS BREAKFIELD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CROSSMARK, INC.,<br><br>　　　　　　　Defendant. | 8:21CV228<br><br>ORDER |

IT IS ORDERED:

1)　The motion to withdraw filed by Ari D. Riekes and Jeffrey P. Welch, as counsel of record for Plaintiff (Filing No. 12), is granted.

2)　On or before May 26, 2022, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3)　The Clerk shall set a case management deadline for May 26, 2022.

4)　The unexpired case progression deadlines are stayed and will be reset, as needed, after May 26, 2022.

5)　The Clerk shall mail a copy of this order to Plaintiff at the address provided by Counsel:

　　Otis Breakfield
　　4139 Burdette Street
　　Omaha, NE 68111

Dated this 26th day of April, 2022.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge